| | |
|---|---|
| 1 | George C. Beckwith |
| | Attorney at Law |
| 2 | State Bar No. 55449 |
| | 507 Polk Street, # 340 |
| 3 | San Francisco, CA  94102 |
| | Telephone:  (415) 928-3343 |
| 4 | Facsimile:  (415) 771-6734 |
| 5 | Attorney for Arnold James Henson |

RECEIVED JUL 1 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

FILED JUL 2 1 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR 04-40103-1 DLJ |
|---|---|
| Plaintiff, | ) STIPULATED SENTENCE REDUCTION |
| | ) PER PROBATION RECOMENDATION |
| vs. | ) AND 18 U.S.C.Sec. 3582(c) (2), AS |
| | ) AMENDED. |
| ARNOLD JAMES HENSON, | ) |
| Defendant | ) |

PURSUANT to the recommendation for sentence reduction on the authority of 18 U.S.C. Sect. 3582 (c) (2), USSG Amendment 706 (as amended by 711), USSG Sect. 1B1.10 effective March 3, 2008 and USSG Sect 2D1.1 Application Note 10(D), effective May 1, 2008, by the U.S. Probation Office in the attached report of May 14, 2008, it is stipulated that the Court may reduce the sentence of Defendant Arnold James Henson from 90 months imposed on June 10, 2005 to 75 months.  All other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution and special assessment are to be reimposed.

Dated: July _10_, 2008

_____
Andrew Huang
Assistant U.S. Attorney
For the United States

_____
George C. Beckwith
Attorney at Law
For Arnold Henson

1  Pursuant to the attached stipulation between the United States and Defendant
2  Arnold Henson and the recommendation of the The United States Probation Office, the Court
3  finds that Defendant Henson is eligible for sentence reduction pursuant to 18 U.S.C. Sect.
4  3582(c)(2), USSG Amendment 70069as amended by 711), USSG Sect. 1B1.10 effective March
5  3, 2008, and USSG Sect. 2D1.1 Application Note 10(D), effective May 1, 2008 and the Court
6  determines the Offense Level to be 21 and the Criminal History Category to be VI.  The
7  Imprisonment Range is 77 to 96 months and the Court orders the Defendant to be recommitted to
8  the custody of the Bureau of Prisons for a term of ___75___ months.  All other aspects of the
9  original judgment order including the length of term of supervised release; all conditions of
10 supervision, fines, restitution, and special assessment are reimposed.

Dated: July __21__, 2008

_____
The Honorable D. Lowell Jensen
Senior United States District Judge

Defendant Arnold James Henson's             2
Stipulated Sentence Reduction- CR 04-40103-1 DLJ